UNITED STATES of America,
Plaintiff–Appellee,

v.

Harold Lee SMITH, Defendant–
Appellant.

No. 02–6605.

United States Court of Appeals,
Fourth Circuit.

Submitted June 20, 2002.

Decided June 27, 2002.

Harold Lee Smith, Appellant Pro Se.
Brian Lee Whisler, Office of the United
States Attorney, Charlotte, North Carolina, for Appellee.

Before MICHAEL and KING, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Harold Lee Smith appeals the district
court's order denying his motion for an
extension of time to file a notice of appeal.
We have reviewed the record and the district court's opinion and find no reversible
error. Accordingly, we affirm on the reasoning of the district court. *United States
v. Smith*, No. CR–92–21–V (W.D.N.C. Apr.
3, 2002). Smith's motion to dismiss the
indictment is denied. We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*